IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff<br>vs<br>JOEL FLORES<br>Defendant | CRIMINAL 12-0790CCC |

**ORDER**

Having considered the Report and Recommendation filed on November 9, 2012 (**docket entry 8**) on a Rule 11 proceeding of defendant Joel Flores held before U.S. Magistrate Judge Camille L. Vélez-Rivé on November 8, 2012, to which no objection has been filed, the same is APPROVED. Accordingly, the plea of guilty of defendant is accepted. The Court FINDS that his plea was voluntary and intelligently entered with awareness of his rights and the consequences of pleading guilty and contains all elements of the offense charged in the indictment.

This case was referred to the U.S. Probation Office for preparation of a Presentence Investigation Report since November 8, 2012. The **sentencing hearing is set for February 19, 2013 at 4:30 PM**.

SO ORDERED.

At San Juan, Puerto Rico, on November 30, 2012.

S/CARMEN CONSUELO CEREZO
United States District Judge